James William HAMBLEN,
Petitioner–Appellant,

v.

Richard L. DUGGER,
Respondent–Appellee.

No. 90–3621.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 1990.

Rehearing and Rehearing En Banc
Denied Sept. 18, 1990.

Billy H. Nolas, Office of Capital Collateral Representative, Tallahassee, Fla., for petitioner-appellant.

Carolyn Snurkowski, Asst. Atty. Gen., Dept. of Legal Affairs, Tallahassee, Fla., for respondent-appellee.

Before FAY, HATCHETT and COX, Circuit Judges.

PER CURIAM:

Because all of the issues in this case have been rendered moot by this court's unpublished decision in *Bertolotti v. Dugger*, No. 90–3666 (11th Cir. July 27, 1990), we affirm the district court.

AFFIRMED *.

* All stays issued by this court are vacated.